UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

EUGENE PAYTON                          CIVIL ACTION NO. 14-1977

versus                                 SECTION: "I" (1)

SEABOARD CARIBE STORM, ET AL.


This Court has been advised that the above-captioned case has settled.  Counsel are thanked for their assistance.

New Orleans, Louisiana, this 5th day of April, 2016.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE